UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTHA LETICIA REYNOSO,<br><br>    Defendant. | Case No. 21-cv-02950-AGT<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 11 |

Before the Court is Richard Sepulveda's motion for leave to file a first amended complaint to add Itzel Reynoso, who is identified as the daughter of current defendant Martha Reynoso, as a defendant. Dkt. 11. Martha Reynoso has not filed an opposition (and her deadline to do so has passed) and the Court finds that justice would be served by allowing the proposed amendment. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires."); *Foman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason . . . the leave sought should, as the rules require, be 'freely given.'"). Sepulveda's unopposed motion is therefore granted. The hearing set for August 6, 2021 is vacated and the first amended complaint is due by **August 10, 2021.**

    **IT IS SO ORDERED.**

Dated: August 3, 2021

ALEX G. TSE
United States Magistrate Judge